UNITED STATES of America,
Plaintiff–Appellee,

v.

**Richard Earl WILSON, Jr.,**
Defendant–Appellant.

No. 02–6690.

United States Court of Appeals,
Fourth Circuit.

Submitted July 18, 2002.

Decided July 24, 2002.

Richard Earl Wilson, Jr., Appellant Pro Se. Kevin Michael Comstock, Office of the United States Attorney, Norfolk, Virginia, for Appellee.

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Richard Earl Wilson, Jr., appeals from the district court's order denying relief on his motion in which he challenges the validity of his sentence after *Apprendi v.*

*New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See United States v. Wilson*, No. CA–95–49 (E.D. Va. filed Feb. 28, 2002; entered Mar. 1, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*